# EXHIBIT I

Tamamoi LLC, a Delaware limited liability company as to a 97.625% interest and FDRE Inc., an Oregon corporation, as to a 2.375% interest, Noteholder
FDRE, Inc, Loan Servicing Company
Ghrist Law Firm PLLC (hereinafter "Attorney")

Carnegie Development, a Delaware Limited Liability Company
1201 Orange St #600
Wilmington, DE 19899
Sent via first class mail and CMRR # 9171 9690 0935 0252 9507 54 on 12-11-2020

Incorp Services, Inc., Registered Agent
919 North Market Street, Suite 950
Wilmington, DE 19801
Via first class mail and CMRR # 9171 9690 0935 0255 0103 87 on 12-11-2020

Via email on 12-11-2020: tbarton@jmjdevelopment.com; vance@mcmurrylegal.com; joyce@joycelindauer.com; randy@themarxfirm.com; KVassallo@jmjdevelopment.com

**NOTICE OF TRUSTEE'S SALE**

WHEREAS Carnegie Development, a Delaware Limited Liability Company and executed a Deed of Trust conveying to the initial trustee, the real estate hereinafter described, in payment of a debt therein described. The Deed of Trust was filed in the real property records of Johnson County, Texas and is recorded under Clerk's File/Instrument Number 2019-245, to which reference is made for all purposes.

WHEREAS, default has occurred in the payment of said indebtedness, and the same is now wholly due, and the owner and holder has requested to sell said property to satisfy said indebtedness;

WHEREAS, the undersigned has been, will be, or is hereby appointed Substitute Trustee in the place of the said original Trustee, upon contingency and in the manner authorized by said Deed of Trust; and

NOW, THEREFORE, NOTICE IS HEREBY GIVEN of the following:

1. Date, Place, and Time of Sale:

   Date: Tuesday, the 5th day of January, 2021

   Time: The sale shall begin no earlier than 1:00 PM or no later than three hours thereafter.

   Place: The foreclosure sale will be conducted at public venue in the area designated by the Johnson County Commissioners Court pursuant to Section 51.002 of the Texas Property Code as the place where foreclosure sales are to take place, or if no place is designated by the Commissioner's Court, the sale will be conducted at the area

immediately adjacent to the location where the Notice of Trustee's Sale (this notice) was posted.

2. Property to be Sold:

BEING a 195.4720 acre tract of land situated in the John N. Ely Survey, Abstract No.261, Johnson County, Texas and being all that certain called 195.501 acre tract of land described in Deed from Randolph M. Roten and Lisa Renne Roten to BSAG Properties Ltd. And recorded in Volume 4444, Page 1 56 of the Real Property Records of Johnson County, Texas. BEGINNING at a RR Spike set for corner in County Road 506 at the East corner of said 195.501 acre tract of land and being at intersection of the Southwest line of Farm-to-Market Road No. 157 with the Southeast line of said 195.501 acre tract, said corner also being in the in the established Southeast line of said Ely Survey, same being the established Northwest line of the Absalom Williams Survey, Abstract No. 857; THENCE South 59 040'46" West with said Survey lines and the Southeast line of said 195.501 acre tract a distance of 2, 150.64 feet to a RR Spike found for corner at the South corner of said 195.501 acre tract, same being the East corner of a called 0.6 acre save and accept tract from the called 200 acre parent tract recorded in Volume 2170, Page 901 of said Real Property Records; THENCE North 49 0 15 124" West across said Ely Survey and with the Southwest line of said 195.502 acre tract a distance of 444.86 feet to a 1/2" iron rod found for corner at an angle corner in said Southwest line, same being the Northeast line of a called 124.051 acre tract of land described in Deed from Virginia D. Rhinehart to Derrell G. Leonard and recorded in Volume 3557, Page 778 of said Real Propelty Records; THENCE North 30 0 22'29" West with said Southwest and Northeast lines at a distance of 2921.20 feet passing a 5" metal corner post found for corner at the North corner of the above referenced 124.051 acre tract of land, same being the East corner of that certain called 12.027 acre tract of land, Tract Two described in Deed from R. Pratt Phillips, et ux to Harper Cattle, L.L.C. and recorded in Volume 2476, Page 646 of said Real Property Records and continuing a total distance of 3,304.29 feet to RR spike found for the West corner of said 195.502 acre tract and being in County Road 507, the established Northwest line of said John N. Ely Survey, same being the Southeast line of the J. W. Hal-ris Survey, Abstract No. 1072; THENCE North 59 022' 28" East with County Road 507, the Northwest line of said 195.502 acre tract and the Northwest line of said Ely Survey, same being the Southeast line of said Harris Survey a distance of 2,329.19 feet to a RR spike found for corner at the North corner of said 195.502 acre tract, same being the established North corner of said Ely Survey and being in the Southwest line of the J. Ware Survey, Abstract No. 913; THENCE South 300271 55" East with the Northeast line of said Ely Survey, the Northeast line of said 195.502 acre tract and the Southwest line of said Ware Survey a distance of 162.69 feet to a h" iron rod found for corner in the Southwest line of Farm-to-Market Road No. 157 and being at the beginning of a non-tangent curve to the left; THENCE in a Southeasterly direction with said curve to the left having a radius of 358.31 feet, whose chord bears South 16046'07" East -169.20 for an arc length of 170.81 feet; THENCE with the East line of said 195.502 acre tract and the Southwest line of said Farm-to-Market Road the following: South 30 0 27'37" East a distance of 454.30 feet to a 1/2" iron rod found for corner; South 24 0 44'51 " East a distance of 100.50 feet to a 1/2" iron rod set for corner with cap marked "SANDS"; South 30 0 2729" East a distance of I ,400.00 feet to a 1/2" iron rod set for corner with cap marked "SANDS"; South 36 0 10 1 07" East

a distance of 100.50 feet to a 1/2" iron rod set for corner with cap marked "SANDS"; THENCE South 30 0 2729" East a distance of 1,356.00 feet back to the POINT OF BEGINNING AND CONTAINING square feet or 195.4720 acres of land more or less

3. Name and Address of Sender of Notice:

Ghrist Law Firm, PLLC, Ian Ghrist, 2735 Villa Creek Drive, Suite 140, Farmer's Branch, Texas 75234

Pursuant to Section 51.009 of the Texas Property Code, the property will be sold in "as is, where is" condition, without any express or implied warranties, except as to the warranties of title (if any) provided for under the deed of trust.

ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.

Pursuant to Section 51.0025 of the Texas Property Code, the mortgage servicer or Attorney are entitled to administer the foreclosure due to the fact that the servicer, noteholder or Lender, and Attorney have entered into an agreement granting authority to service the mortgage and administer foreclosure proceedings.

Ghrist Law Firm PLLC

Ian Ghrist

Ian Ghrist, Trustee
2735 Villa Creek Drive, Suite 140
Farmer's Branch, Texas 75234
(817) 778-4136

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

9171 9690 0935 0252 9507 54

9171 9690 0935 0252 9507 54

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

9171 9690 0935 0255 0103 87

9171 9690 0935 0255 0103 87