Behrooz P. Vida, SBOT No. 20578040
Carla Reed Vida, SBOT No. 16674445
Helenna Bird, SBOT No. 24085205
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel: (817) 358-9977
Fax: (817) 358-9988
ATTORNEYS FOR TAMAMOI, LLC and FDRE, INC.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IIN RE | § | Chapter 7 |
| WALL010, LLC, | § | Case No. 21-30016-hdh |
| Debtor | § | |

---

**<u>MOVANT'S AFFIDAVIT IN SUPPORT OF ITS</u>**
**<u>MOTION FOR RELIEF FROM AUTOMATIC STAY</u>**

| | |
|---|---|
| STATE OF OREGON | )( |
| COUNTY OF BENTON | )( |

James Richardson, being duly sworn according to law, deposes and says:

1. I am over the age of eighteen and authorized to make this affidavit.

2. I have care, custody and control of books, records and files relating to the loan made by FDRE, Inc., and Tamamoi, LLC, (collectively "Movant") to Carnegie Development, LLC ("Carnegie"). I have personally worked on said books, records and files and, as to the following facts, I know them to be true of my own personal knowledge or have gained knowledge of them from Movant's books, records and files. Said books, records and files were prepared in the regular course of Movant's business at or near the time of the acts, conditions, or events to which they relate by a person who had personal knowledge of the event being recorded and a business duty to accurately record such event. I have reviewed all of Movant's books and records in connection with this matter. Based upon my review of Movant's books and records, I have personal knowledge of the facts contained herein and, if called upon to testify, I could and would competently testify thereto.

3. I have reviewed the Motion for Relief from Stay to be filed in this proceeding and it contains the appropriate legal description for the Land the subject of the motion.

4. Movant agreed on a short-term basis to finance the purchase of the Land for Carnegie.

5. On December 28, 2018, Carnegie through Timothy Barton, its manager, signed a Promissory Note in the amount of $2,000,000.00 (the "Promissory Note") and executed a Deed of Trust (the "Deed of Trust"), which was recorded on January 4, 2019. Also, Timothy Barton personally guaranteed Carnegie's indebtedness to Movant.

6. The Promissory Note interest rate was 11.5% and it matured on June 27, 2020.

7. Before the maturity date of the Promissory Note, Carnegie defaulted under the terms of the Promissory Note.

8. Movant sent to Carnegie its notice of intent to accelerate.

9. Movant posted the Land for the July 7, 2020, foreclosure date.

10. On July 7, 2020, for the first time ever, Carnegie and WALL010, LLC ("Debtor"), through Timothy Barton and Vance McMurry, Esq., provided the following documents to Movant: (a) Promissory Note executed between Carnegie and Debtor on July 16, 2018, (b) Written Consent in Lieu of Special Meeting of Wall010, LLC, executed on December 30, 2018, (c) Unrecorded Warranty Deed transferring the Land from Carnegie to Debtor executed on January 14, 2019.

11. Movant became aware that Debtor and certain of its affiliates were the subject of an involuntary bankruptcy petition by a group of its creditors.

12. Movant sought relief from stay in the involuntary bankruptcy case.

13. Movant obtained an order conditioning the stay.

14. The involuntary bankruptcy case was dismissed without prejudice.

15. Debtor failed to comply with its contractual obligation under the Promissory Note.

16. Movant posted the Land for foreclosure on January 5, 2021.

17. The foreclosure has been stayed by Movant filing this current bankruptcy proceeding.

18. As of 1/5/2021, the indebtedness owed to Movant totals approximately $2,283,421.14.

19. Movant, based on appraisal of the Land by a professional, has determined that the

value of the Land is less than the amount owed by Debtor to Movant.

20. Debtor's continued delay of Movant in foreclosing on the Land continues to harm Movant's interest in the Land.

Further affiant says nothing.

James Richardson

Subscribed ~~and~~ sworn to before me the undersigned authority on ~~July~~ January 6th, 2021 after review of photographic identification.

Notary Public - State of Oregon

Please see Attached.

**CALIFORNIA JURAT** **GOVERNMENT CODE § 8202**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Riverside

Subscribed and sworn to (or affirmed) before me on

this 6th day of January, 2021, by
*Date* *Month* *Year*

(1) James Richardson

(and (2) ____________________),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ELENA GOMEZ
COMM. #2333554
NOTARY PUBLIC • CALIFORNIA
RIVERSIDE COUNTY
Commission Expires SEPT. 17, 2024

*Place Notary Seal and/or Stamp Above*

Signature Elena Gomez
*Signature of Notary Public*

**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: Movant's Affidavit

Document Date: 0|06|21 Number of Pages: 3

Signer(s) Other Than Named Above: ____________________

©2019 National Notary Association