Behrooz P. Vida, SBOT No. 20578040
Carla Reed Vida, SBOT No. 16674445
Helenna Bird, SBOT No. 24085205
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel: (817) 358-9977
Fax: (817) 358-9988
ATTORNEYS FOR TAMAMOI, LLC and FDRE, INC.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IIN RE | § | Chapter 11 |
| WALL010, LLC, | § | Case No. 21-30016-hdh |
| Debtor | § | |

---

# NOTICE OF PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY

The Preliminary hearing on the Motion for Relief from Stay as filed by TAMAMOI, LLC, a Delaware limited liability company ("**Tamamoi**") and FDRE, INC., an Oregon corporation ("**FDRE**") (collectively "**Movant**"),, is set **for January 27, 2021 at 1:30 pm** before the Honorable Harlin D. Hale, United States Bankruptcy Judge, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas 75242. A creditor or party in interest is not required to attend unless the creditor has an objection to the Motion.

If no objection to the Motion is filed before the above date the Court may grant the relief sought.

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or first class mail to the parties indicated on the mailing matrix attached to the original certificate filed with the Court.

By: /s/ Behrooz P. Vida January 6, 2021
Behrooz P. Vida
State Bar No. 20578040
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021

TEL: (817) 358-9977
FAX: (817) 358-9988

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or by first class mail to the parties indicated below.

| | |
|---|---|
| WALL007 LLC, Debtor<br>c/o Carnegie Development, LLC<br>13901 Midway Rd., Ste. 102<br>Dallas, TX 75244 | VIA US MAIL |
| Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202 | VIA ECF |
| Parties Having Filed NOA | VIA ECF |
| Office of United States Trustee | VIA ECF |

/s/Behrooz P. Vida January 6, 2021
Behrooz P. Vida
Carla R. Vida
Helenna Bird