**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WALL010, LLC** | § | **CASE NO. 21-30016-hdh** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER GRANTING DEBTOR'S APPLICATION TO**
**EMPLOY COUNSEL**

CAME ON FOR CONSIDERATION the Application to Employ Counsel filed by WALL010, LLC ("Debtor") seeking approval of the Court to allow Joyce W. Lindauer Attorney, PLLC to serve as counsel of record for the Debtor, as more particularly set forth in the Application and Affidavits on file in this matter. No objections have been filed that have not been withdrawn. Debtor, Joyce W. Lindauer, Kerry S. Alleyne and Guy H. Holman have represented to this Court that they have had no prior connections with the Debtor, its creditors or any other party-in-interest other than those disclosed in the Application; that they are not and have not been within the two (2) years prior to the filing of the petition a director, officer or employee of the Debtor; that they

hold or represent no interests adverse to the Debtor or its estate; that they are disinterested; and that their employment is in the best interest of the estate. It is therefore

**ORDERED** that Joyce W. Lindauer Attorney, PLLC, Joyce W. Lindauer, Kerry S. Alleyne and Guy H. Holman are hereby approved as counsel of record for Debtor in accordance with the terms of the Application effective as of January 4, 2021; and it is further

**ORDERED** that the payment of all fees and expenses to Counsel will be subject to approval of the Court.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Proposed Attorneys for Debtor