Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WALL010, LLC,** | § | **CASE NO. 21-30016-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM STAY**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW WALL010, LLC, Debtor in the above-styled and numbered case ("Debtor") and files this its Debtor's Objection to Motion for Relief from Stay filed by Tamamoi, LLC and FDRE, Inc., and in support would respectfully show the Court as follows:

1. Debtor admits the allegation in Paragraph 1 of the Motion as to the Court's jurisdiction.

2. Debtor admits the allegation in Paragraph 2 of the Motion that this is a core proceeding.

3. Debtor admits the allegation in Paragraph 3 of the Motion.

4. Debtor admits the allegation in Paragraph 4 of the Motion that Movant is a mortgagee on a piece of real estate owned by the Debtor as described therein.

5. Debtor admits the allegation contained in Paragraph 5 of the Motion.

6. Debtor admits the allegations contained in Paragraph 6 of the Motion to the extent the documents so provide.

7. Debtor admits the allegations contained in Paragraph 7 of the Motion to the extent the documents so provide.

8. Debtor admits the allegation contained in Paragraph 8 of the Motion.

9. Debtor admits the allegation contained in Paragraph 9 of the Motion to the extent the documents so provide.

10. Debtor admits the allegation contained in Paragraph 10 of the Motion to the extent the documents so provide.

11. Debtor denies the allegation contained in Paragraph 11 of the Motion.

12. Debtor admits the allegations contained in Paragraph 12 of the Motion.

13. Debtor admits the allegations contained in Paragraph 13 of the Motion.

14. Debtor admits the allegations contained in Paragraph 14 of the Motion.

15. Debtor denies the allegations contained in Paragraph 15 of the Motion.

16. Debtor admits the allegations contained in Paragraph 16 of the Motion.

17. Debtor admits the allegations contained in Paragraph 17 of the Motion.

18. Debtor admits the allegations contained in Paragraph 18 of the Motion.

19. Debtor admits the allegations contained in Paragraph 19 of the Motion.

20. Debtor admits the allegations contained in Paragraph 20 of the Motion.

21. Debtor admits the allegations contained in Paragraph 21 of the Motion.

22. Debtor admits the allegations contained in Paragraph 22 of the Motion to the extent documents so provide.

23. Debtor admits the allegations contained in Paragraph 23 of the Motion.

24. Debtor denies the allegations contained in Paragraph 24 of the Motion.

25. Debtor denies the allegations contained in Paragraph 25 of the Motion. The value of the property is in excess of $4,000,000.00 and Movant is adequately protected by the value of same. The property is the Debtor's main asset and is necessary to an effective reorganization of its debts. Debtor has had this hearing before regarding the value of this property.

26. Debtor denies the allegations contained in Paragraph 26 of the Motion.

27. Debtor denies the allegations contained in Paragraph 27 of the Motion. Debtor can make adequate protection payments to Movant.

28. As the property is the Debtor's main asset it is essential to an effective reorganization of the Debtor's debts.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays this Court enter an order denying the relief requested in the Motion, and that the Court grant Debtor such other and further relief to which it may be justly entitled.

Dated: January 19, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Attorneys for Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 19, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer