Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WALL010, LLC,** | § | **CASE NO. 21-30016-hdh** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

## SWORN DECLARATION OF TIMOTHY BARTON

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

1. "My name is Timothy Barton and I am over eighteen (18) years of age. I am the President of the Debtor in the above-styled and numbered case and am fully competent to make this Declaration. I have never been convicted of a crime. I have personal knowledge of the facts stated herein and they are all true and correct.

2. The Debtor owns a total of 195.4720 acres of land located in Johnson County, Texas, near Venus, Texas (the "Property") that is in process of undergoing certain pre-development work. The Debtor intends to divide the Property into undeveloped "paper" lots and perform the necessary horizontal construction in order to develop residential lots for sale to homebuilders or others for a profit.

3. The Debtor filed its plan of reorganization and disclosure statement on January 21, 2021 and believes it will be able to confirm its plan within the statutorily prescribed period of time pursuant to the Bankruptcy Code.

4. On December 28, 2018 Tamamoi LLC, a Delaware limited liability company, and FDRE, Inc., an Oregon corporation,[1](collectively, "Lender") jointly loaned to Carnegie Development, LLC ("Carnegie") $2,000,000 for the purchase of the Property in exchange for a Promissory Note ("Note") to the Lenders in the same amount which was secured by a Deed of Trust recorded in the real property records of Johnson County, Texas.

5. The Note accrued interest at the rate of 11.5% per year with default interest accruing at 18% per year (but capped at the highest lawful rate) and had a maturity date of June 27, 2020.

6. Timothy Barton executed a "Guaranty" on December 28, 2018 which guaranteed payment of the debt to Lender as evidenced by the Note.

7. Part of the funds used for the purchase of the Property by Carnegie came from a loan from Debtor as Carnegie served as Debtor's managing member.

8. On January 14, 2019 Carnegie executed a Special Warranty Deed conveying the Property to Wall010, LLC subject to all exceptions of record including the Deed of Trust.

9. The Note was not repaid when it matured on June 27, 2020.

10. The Property was scheduled to be foreclosed under the Deed of Trust on January 5, 2021. The petition commencing this case was filed on January 4, 2021, thus staying the foreclosure sale.

11. Debtor is unable to confirm the amount alleged to be due and owing due to the fact that Movant has never provided the Debtor with an accounting of payments made to date, the

---

[1] Tamamoi as to 97.625% interest and FDRE Inc. as to a 2.375% interest as stated in the Promissory Note.

amount thereof applied to principal which must be known to calculate the interest owed, the rationale for late charges and appraisal fees, and the specific rates used to calculate the per diem interest. Additionally, Movant has been unable to provide a definitive amount of such fees through the referenced date.

12. The Debtor values the Property at $4,500,000 - $4,600,000.00.

13. The Movant is adequately protected by the value of the Property and the Property is necessary to a reorganization in this case.

14. I declare under penalty of perjury that the foregoing is true and correct."

EXECUTED on this 25th day of January, 2021

Timothy Barton,
President, Wall010, LLC