CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 26, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WALL010, LLC,** | § | **CASE NO. 21-30016-hdh-11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**ORDER AND NOTICE FOR HEARING**
**ON DISCLOSURE STATEMENT**

TO THE DEBTOR, ITS CREDITORS AND OTHER PARTIES IN INTEREST:

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code have been filed by Debtor; **IT IS ORDERED** and notice is hereby given that:

1. The hearing to consider the approval of the disclosure statement shall be held at the courtroom of the Honorable Harlin D. Hale, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242 on **March 8, 2021 at 10:30 a.m.**

2. **March 1, 2021** is fixed as the last day for filing and serving in accordance with Fed.R.Bankr.P 3017(a) written objections to the disclosure statement. All objections must be filed with the Bankruptcy Clerk and served on counsel for Debtor by this date.

3. Counsel for Debtor shall file and serve a separate Notice of Hearing consistent with this Order within 2 business days of the entry of this Order on the Court's docket in accordance with Fed.R.Bankr.P.3017(a).

4. Requests for copies of the disclosure statement and plan shall be forwarded to the Debtor's counsel, Joyce W. Lindauer, at Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, Texas 75202; email: joyce@joycelindauer.com; or facsimile: (972) 503-4034.

# # # End of Order # # #

SUBMITTED BY:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Attorney for Debtor