Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WALL010, LLC,** | § | **CASE NO. 21-30016-hdh-11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**NOTICE OF DISCLOSURE STATEMENT HEARING**

**PLEASE TAKE NOTICE** that a hearing on the *Disclosure Statement for Debtor's Plan of Reorganization Dated January 21, 2021* [Docket No. 23] (the "Disclosure Statement") will be held on **March 8, 2021 at 10:30 a.m.** before the Honorable Harlin D. Hale, 1100 Commerce Street, 14th Floor, Courtroom No. 2, Dallas, Texas 75242.

**PLEASE TAKE FURTHER NOTICE** that **March 1, 2021** is fixed as the last day for filing and serving in accordance with Fed.R.Bankr.P 3017(a) written objections to the Disclosure Statement. All objections must be filed with the Bankruptcy Clerk and served on counsel for Debtor by this date.

Dated: January 26, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR