Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WALL010, LLC,** | § | **CASE NO. 21-30016-hdh-11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2021, a true and correct copy of the following documents was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

1. Debtor's Plan of Reorganization Dated January 21, 2021 [Docket No. 22];

2. Disclosure Statement for Debtor's Plan of Reorganization Dated January 21, 2021 [Docket No. 23];

3. Order and Notice for Hearing on Disclosure Statement [Docket No. 25]; and

4. Notice of Disclosure Statement Hearing [Docket No. 26].

Dated: January 28, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**SERVICE LIST**

WALL010, LLC
c/o Carnegie Development LLC
13901 Midway Road, Suite 102
Dallas, TX 75244

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Securities and Exchange Commission
Fort Worth Regional Office
c/o Farol Parco, Bankruptcy Counsel
801 Cherry Street, 11th Floor
Fort Worth, TX 76012

Securities and Exchange Commission
Attn: Bankruptcy Unit
15th & Pennsylvania Avenue, N.W.
Washington, D.C. 20020

Tamamoi, LLC and FDRE, Inc.
c/o Behrooz P. Vida
The Vida Law Firm, PLLC
3000 Central Drive
Bedford, TX 76021