CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 1, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IIN RE | § | Chapter 11 |
| WALL010, LLC, | § | Case No. 21-30016-hdh |
| Debtor | § | |

---

# INTERIM ORDER ON MOTION FOR RELIEF FROM STAY

On January 27, 2021, a preliminary hearing was held on *Motion for Relief from Stay* (the "**Motion**") filed by TAMAMOI, LLC, a Delaware limited liability company and FDRE, INC., an Oregon corporation (collectively "**Movant**"), against WALL010, LLC ("**Debtor**"). The Court after having considered the argument of counsel and the pleadings on file, issued its ruling from the bench.

**IT IS THEREFORE ORDERED** that starting on February 1, 2021 and continuing thereafter until a final hearing is held on Movant's Motion, Debtor shall pay to Movant the sum of $30,000.00 as Court ordered adequate protection payment.

**IT IS FURTHER ORDERED** that Debtor hall have a grace period until the end of the seventh (7th) day each month to make the Court ordered adequate protection payment to Movant, otherwise on the eighth (8th) day of the month, the stay will terminate as to Movant without further order of this Court.

**IT IS FURTHER ORDERED** that the final hearing on Movant's Motion shall be held on the same date and time as the confirmation hearing.

**###END OF ORDER###**