Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WALL010, LLC,** | § | **CASE NO. 21-30016-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**MOTION TO VOLUNTARILY DISMISS DEBTOR'S**
**CHAPTER 11 BANKRUPTCY CASE**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242 ON OR BEFORE MARCH 22, 2021, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE HONORABLE CHIEF UNITED STATES BANKRUPTCY JUDGE:

The Debtor, by its attorney, hereby requests that its Chapter 11 Bankruptcy Case be dismissed.

1. Debtor filed for Chapter 11 Bankruptcy on January 4, 2021.

2. Debtor and its secured lender are negotiating a settlement of all issues between them and this process can better proceed outside Chapter 11 where the Debtor has the ability to obtain financing.

3. Debtor does not wish to continue with this bankruptcy case at this time.

**WHEREFORE, PREMISES CONSIDERED,** Debtor prays for an order from the Court dismissing Debtor's Chapter 11 Bankruptcy Case proceeding and for such other and further relief to which it may show itself justly entitled.

DATED: March 1, 2021.

Respectfully Submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Attorneys for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 1, 2021, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

Label Matrix for local noticing
0539-3
Case 21-30016-hdh11
Northern District of Texas
Dallas
Mon Mar 1 10:58:36 CST 2021

WALL010, LLC
c/o Carnegie Development LLC
13901 Midway Road
Suite 102
Dallas, TX 75244-4388

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

FDRE Inc. / Tamamoi LLC
5060 SW Philomath Blvd.
Suite 363
Corvallis, OR 97333-1044

FDRE, INC
he Vida Law Firm, PLLC
3000 Central Drive
Bedford, TX 76021-3671

HR Sterling
13901 Midway Road
Suite 102
Dallas, TX 75244-4388

Huitt Zollars Inc.
1717 McKinney Avenue
Suite 1400
Dallas, TX 75202-1239

Ian Ghrist
Ghrist Law Firm PLLC
2735 Villa Creek Drive
Suite 140
Farmers Branch, TX 75234-7419

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

JMJ Development
13901 Midway Road
Suite 102
Dallas, TX 75244-4388

Jianjin Li
1266 Delaney Drive
Matthews, NC 28104-8098

Lee Engineering
3610 N. 44th Street
Suite 100
Phoenix, AZ 85018-6062

Lin Changhua
56-2-402, qiu shi cun
Hangzhou
China

Mao Liying
8-2-1501, Zhongda Wenjinyuan,Wensan Rd,
Hangzhou
China

Mastrogiovanni Mersky & Flynn
2001 Bryan Street
Suite 1250
Dallas, TX 75201-3036

Sage Intelligence Group LLC
261 W. 35th Street
New York, NY 10001-1902

TAMAMOI, LLC
he Vida Law Firm, PLLC
3000 Central Drive
Bedford, TX 76021-3671

U. S. Trustee's Office
1100 Commerce Street
Room 9C60
Dallas, TX 75242-1011

US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530-0001

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Wu Wen
43#, No.165Lane,Guiping RD,Xuhui Distric
Shanghai
China
+86-13816804789

Xu Gang
6-2-601 fengqichaomingfu
Hangzhou
China
(86) 13018989718

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202-4042

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Tamamoi, LLC & FDRE, Inc.

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 24 |
| Bypassed recipients | 1 |
| Total | 25 |