**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WALL010, LLC,** | § | **CASE NO. 21-30016-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**ORDER GRANTING MOTION TO VOLUNTARILY DISMISS**
**DEBTOR'S CHAPTER 11 BANKRUPTCY**

CAME ON FOR CONSIDERATION by the Court the Debtor's Motion to Voluntarily Dismiss Debtor's Chapter 11 Bankruptcy Case, and the Court having reviewed same and there being no objections to the Motion, it is, therefore

**ORDERED, ADJUDGED AND DECREED** that the above-styled and numbered case is hereby dismissed without prejudice to refiling.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Attorneys for Debtor