**REFORM**

# U.S. Bankruptcy Court
# Northern District of Texas (Dallas)
# Bankruptcy Petition #: 21-30016-hdh11

*Assigned to:* Harlin DeWayne Hale
Chapter 11
Voluntary
Asset

*Date filed:* 01/04/2021
*341 meeting:* 02/11/2021
*Deadline for filing claims:* 05/12/2021
*Deadline for filing claims (govt.):* 08/10/2021

***Debtor***
**WALL010, LLC**
c/o Carnegie Development LLC
13901 Midway Road
Suite 102
Dallas, TX 75244
JOHNSON-TX
Tax ID / EIN: 82-2118997

represented by **Joyce W. Lindauer**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
(972) 503-4033
Fax : (972) 503-4034
Email: joyce@joycelindauer.com

***U.S. Trustee***
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 01/04/2021 | 1 (8 pgs) Non-individual Chapter 11 Voluntary Petition. Fee Amount $1738 Filed by WALL010, LLC (Lindauer, Joyce) |
| 01/04/2021 | Receipt of filing fee for Voluntary petition (chapter 11)(21-30016-11) [misc,volp11a] (1738.00). Receipt number 28388041, amount $1738.00 (re: Doc# 1). (U.S. Treasury) |
| 01/05/2021 | 3 (2 pgs) Notice of deficiency. Schedule A/B,D,E/F,G,H due 1/19/2021. Declaration Under Penalty of Perjury for Non-individual Debtors due 1/19/2021. Summary of Assets and Liabilities and Certain Statistical Information due 1/19/2021. Statement of Financial Affairs due 1/19/2021. 20 Largest Unsecured Creditors due 1/7/2021. (Kerr, S.) |
| 01/05/2021 | 4 (1 pg) Clerk's correspondence requesting amend petition to provide the information referenced by question 10 from attorney for debtor. (RE: related document(s)1 Non-individual Chapter 11 Voluntary Petition. Fee Amount $1738 Filed by WALL010, LLC) Responses due by 1/12/2021. (Kerr, S.) |
| 01/05/2021 | 5 (6 pgs) Amended voluntary petition by a non-individual filed for the following: Add related cases . filed by Debtor WALL010, LLC (RE: related document(s)1 Voluntary petition (chapter 11)). (Lindauer, Joyce) |

**EXHIBIT "1"**

| | |
|---|---|
| 01/06/2021 | 6 (2 pgs) Notice of Appearance and Request for Notice by Behrooz P. Vida filed by Creditor Tamamoi, LLC & FDRE, Inc.. (Vida, Behrooz) |
| 01/06/2021 | 7 (2 pgs) Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders . Filed by Debtor WALL010, LLC (RE: related document(s)3 Notice of deficiency). (Lindauer, Joyce) |
| 01/06/2021 | 8 (57 pgs; 10 docs) Motion for relief from stay regarding a security interest in the Debtors principal residence Fee amount $188, Filed by Creditor Tamamoi, LLC & FDRE, Inc. Affidavit Re: Primary Residence due 01/13/2021. Objections due by 1/20/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I) (Vida, Behrooz) |
| 01/06/2021 | Receipt of filing fee for Motion for relief from stay(21-30016-hdh11) [motion,mrlfsty] ( 188.00). Receipt number 28393518, amount $ 188.00 (re: Doc# 8). (U.S. Treasury) |
| 01/06/2021 | 9 (4 pgs) Affidavit by James Richardson filed by Creditor Tamamoi, LLC & FDRE, Inc. (RE: related document(s)8 Motion for relief from stay regarding a security interest in the Debtors principal residence Fee amount $188,). (Vida, Behrooz) |
| 01/06/2021 | 10 (2 pgs) Notice of hearing *on Motion to Lift Stay* filed by Creditor Tamamoi, LLC & FDRE, Inc. (RE: related document(s)8 Motion for relief from stay regarding a security interest in the Debtors principal residence Fee amount $188, Filed by Creditor Tamamoi, LLC & FDRE, Inc. Affidavit Re: Primary Residence due 01/13/2021. Objections due by 1/20/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I)). Preliminary hearing to be held on 1/27/2021 at 01:30 PM at Dallas Judge Hale Ctrm. (Vida, Behrooz) |
| 01/07/2021 | 11 (3 pgs) Meeting of creditors 341(a) meeting to be held on 2/11/2021 at 09:30 AM by TELEPHONE. Proofs of Claims due by 5/12/2021. Government Proof of Claim due by 8/10/2021. (Neary, William) |
| 01/07/2021 | 12 (3 pgs) BNC certificate of mailing. (RE: related document(s)3 Notice of deficiency. Schedule A/B,D,E/F,G,H due 1/19/2021. Declaration Under Penalty of Perjury for Non-individual Debtors due 1/19/2021. Summary of Assets and Liabilities and Certain Statistical Information due 1/19/2021. Statement of Financial Affairs due 1/19/2021. 20 Largest Unsecured Creditors due 1/7/2021. (Kerr, S.)) No. of Notices: 1. Notice Date 01/07/2021. (Admin.) |
| 01/10/2021 | 13 (5 pgs) BNC certificate of mailing - meeting of creditors. (RE: related document(s)11 Meeting of creditors 341(a) meeting to be held on 2/11/2021 at 09:30 AM by TELEPHONE. Proofs of Claims due by 5/12/2021. Government Proof of Claim due by 8/10/2021.) No. of Notices: 1. Notice Date 01/10/2021. (Admin.) |
| 01/13/2021 | 14 (3 pgs) Certificate of service re: Meeting of Creditors filed by Debtor WALL010, LLC (RE: related document(s)11 Meeting of creditors Chapter 11). (Lindauer, Joyce) |
| 01/13/2021 | 15 (2 pgs) Disclosure of compensation of attorney for debtor . Filed by Debtor WALL010, LLC. (Lindauer, Joyce) |
| 01/13/2021 | 16 (24 pgs; 2 docs) Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney |

| | |
|---|---|
| | Filed by Debtor WALL010, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 01/18/2021 | 17 (19 pgs) Schedules: Schedules A/B and D-H with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor WALL010, LLC (RE: related document(s)3 Notice of deficiency). (Lindauer, Joyce) |
| 01/18/2021 | 18 (6 pgs) Statement of financial affairs for a non-individual . Filed by Debtor WALL010, LLC (RE: related document(s)3 Notice of deficiency). (Lindauer, Joyce) |
| 01/18/2021 | 19 (2 pgs) Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders -*AMENDED*. Filed by Debtor WALL010, LLC. (Lindauer, Joyce) |
| 01/19/2021 | 21 (4 pgs) Objection to (related document(s): 8 Motion for relief from stay regarding a security interest in the Debtors principal residence Fee amount $188, filed by Creditor Tamamoi, LLC & FDRE, Inc.) filed by Debtor WALL010, LLC. (Lindauer, Joyce) |
| 01/21/2021 | 22 (16 pgs) Chapter 11 plan filed by Debtor WALL010, LLC. (Lindauer, Joyce) |
| 01/21/2021 | 23 (46 pgs) Disclosure statement filed by Debtor WALL010, LLC. (Lindauer, Joyce) |
| 01/25/2021 | 24 (3 pgs) Declaration re: */Sworn Declaration of Timothy Barton* filed by Debtor WALL010, LLC (RE: related document(s)21 Objection). (Lindauer, Joyce) |
| 01/26/2021 | 25 (2 pgs) Order and notice of hearing (RE: related document(s)23 Disclosure statement filed by Debtor WALL010, LLC). Hearing to be held on 3/8/2021 at 10:30 AM Dallas Judge Hale Ctrm for 23, Entered on 1/26/2021 (Dugan, S.) |
| 01/26/2021 | 26 (1 pg) Notice of hearing filed by Debtor WALL010, LLC (RE: related document(s)23 Disclosure statement filed by Debtor WALL010, LLC.). Hearing to be held on 3/8/2021 at 10:30 AM Dallas Judge Hale Ctrm for 23, (Lindauer, Joyce) |
| 01/27/2021 | 27 Hearing held on 1/27/2021. (RE: related document(s)8 Motion for relief from stay regarding a security interest in the Debtors principal residence Fee amount $188, Filed by Creditor Tamamoi, LLC & FDRE, Inc. Affidavit Re: Primary Residence due 01/13/2021.) (FINDINGS OF FACT CONCLUSIONS OF LAW; STAY CONDITIONED.) (Green, Shanette) (Entered: 01/28/2021) |
| 01/28/2021 | 28 (2 pgs) Certificate of service re: filed by Debtor WALL010, LLC (RE: related document(s)22 Chapter 11 plan, 23 Disclosure statement, 25 Order to set hearing, 26 Notice of hearing). (Lindauer, Joyce) |
| 02/01/2021 | 29 (2 pgs) Interim Order conditioning motion for relief from stay by Creditor Tamamoi, LLC & FDRE, Inc.. FURTHER ORDERED that the final hearing on Movant's Motion shall be held on the same date and time as the confirmation hearing. (related document # 8) Entered on 2/1/2021. (Dugan, S.) |
| 02/11/2021 | Trustee's initial report of meeting of creditors held on 2/11/2021 (RE: related document(s)11 Meeting of creditors Chapter 11) (Young, Elizabeth) |
| 02/22/2021 | 30 (8 pgs) Debtor-in-possession monthly operating report for filing period 1/1/21 to |

| | |
|---|---|
| | 1/31/21 filed by Debtor WALL010, LLC. (Lindauer, Joyce) |
| 02/26/2021 | 31 (9 pgs) Objection to disclosure statement (RE: related document(s)23 Disclosure statement) filed by Creditor Tamamoi, LLC & FDRE, Inc.. (Vida, Behrooz) |
| 03/01/2021 | 32 (5 pgs; 2 docs) Motion to dismiss case Filed by Debtor WALL010, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 03/01/2021 | 33 (6 pgs) Notice of hearing filed by Debtor WALL010, LLC (RE: related document(s)32 Motion to dismiss case Filed by Debtor WALL010, LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 3/8/2021 at 10:30 AM Dallas Judge Hale Ctrm for 32, (Lindauer, Joyce) |
| 03/02/2021 | 34 (1 pg) Clerk's correspondence requesting an order from attorney for debtor. (RE: related document(s)16 Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney Filed by Debtor WALL010, LLC (Attachments: # 1 Proposed Order)) Responses due by 3/16/2021. (Bibbs-Samuels, P.) |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/03/2021 20:01:44 | | | |
| **PACER Login:** | joycelindauer:2572695:0 | **Client Code:** | WALL010 |
| **Description:** | Docket Report | **Search Criteria:** | 21-30016-hdh11 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |