Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WALL010, LLC** | § | **CASE NO. 21-30016-hdh** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

# CERTIFICATE OF NO OBJECTION

[re: Docket No. 16]

The undersigned hereby certifies that on January 13, 2021, WALL010, LLC ("Debtor"), the Debtor in the above-styled and numbered case, filed *Debtor's Application to Employ Counsel* [Docket No. 16] (the "Application"). Debtor's Counsel served the Application on January 13, 2021 as indicated on the Certificate of Service to the Application. The undersigned certifies that no party in interest filed and served an objection to the Application.

Dated: March 23, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 23, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer