CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 24, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WALL010, LLC,** | § | **CASE NO. 21-30016-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**ORDER GRANTING MOTION TO VOLUNTARILY DISMISS**
**DEBTOR'S CHAPTER 11 BANKRUPTCY**

CAME ON FOR CONSIDERATION by the Court the Debtor's Motion to Voluntarily Dismiss Debtor's Chapter 11 Bankruptcy Case, and the Court having reviewed same and there being no objections to the Motion, it is, therefore

**ORDERED, ADJUDGED AND DECREED** that the above-styled and numbered case is hereby dismissed with prejudice to refiling for 120 days.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Attorneys for Debtor

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 21-30016-hdh

WALL010, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3 User: sdugan Page 1 of 2

Date Rcvd: Mar 25, 2021 Form ID: pdf022 Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL010, LLC, c/o Carnegie Development LLC, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| 19303246 | | Attorney General of Texas, Bankruptcy Div, PO Box 12548, Austin, TX 78711-2548 |
| 19303248 | + | FDRE Inc. / Tamamoi LLC, 5060 SW Philomath Blvd., Suite 363, Corvallis, OR 97333-1044 |
| 19304207 | + | FDRE, INC, he Vida Law Firm, PLLC, 3000 Central Drive, Bedford, TX 76021-3671 |
| 19303249 | + | HR Sterling, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| 19303250 | + | Huitt Zollars Inc., 1717 McKinney Avenue, Suite 1400, Dallas, TX 75202-1239 |
| 19303251 | + | Ian Ghrist, Ghrist Law Firm PLLC, 2735 Villa Creek Drive, Suite 140, Farmers Branch, TX 75234-7419 |
| 19303253 | + | JMJ Development, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| 19360307 | | Jianjin Li, 1266 Delaney Drive, Matthews, NC 28104-8098 |
| 19303254 | + | Lee Engineering, 3610 N. 44th Street, Suite 100, Phoenix, AZ 85018-6062 |
| 19362874 | | Lin Changhua, 56-2-402, qiu shi cun, Hangzhou, China |
| 19362876 | | Mao Liying, 8-2-1501, Zhongda Wenjinyuan,Wensan Rd,, Hangzhou, China |
| 19303255 | #+ | Mastrogiovanni Mersky & Flynn, 2001 Bryan Street, Suite 1250, Dallas, TX 75201-3036 |
| 19303256 | + | Sage Intelligence Group LLC, 261 W. 35th Street, New York, NY 10001-1902 |
| 19304206 | + | TAMAMOI, LLC, he Vida Law Firm, PLLC, 3000 Central Drive, Bedford, TX 76021-3671 |
| 19303258 | + | US Attny. General, 10th and Constitution Ave.,NW, Main Justice Bldg. Rm. 5111, Washington, DC 20530-0001 |
| 19362872 | | Wu Wen, 43#, No.165Lane,Guiping RD,Xuhui Distric, Shanghai, China, +86-13816804789 |
| 19362873 | | Xu Gang, 6-2-601 fengqichaomingfu, Hangzhou, China, (86) 13018989718 |
| 19365380 | | Yang Hairuo, Room 1302, 9#, No.100 Lane, Yushan Rd, Pudong District, Shanghai, China |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19303252 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2021 23:05:00 | Internal Revenue Service, Mail Code DAL-5020, 1100 Commerce Street, Dallas, Texas 75242-1100 |
| 19303247 | | Email/Text: pacer@cpa.state.tx.us | Mar 25 2021 23:05:00 | Comptroller of Public Accts, Revenue Acctg Div Bankruptcy Sec, PO Box 13528, Austin, TX 78711 |
| 19303257 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 25 2021 23:05:00 | U. S. Trustee's Office, 1100 Commerce Street, Room 9C60, Dallas, TX 75242-1011 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021 Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Behrooz P. Vida | on behalf of Creditor Tamamoi LLC & FDRE, Inc. filings@vidalawfirm.com, legalprokirstin@gmail.com;bkfilings@yahoo.com |
| Joyce W. Lindauer | on behalf of Debtor WALL010 LLC joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3